# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KAWAKE MCGERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV414-097 |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Plaintiffs filed this Federal Tort Claims Act (28 U.S.C. § 2671) case on May 12, 2014, doc. 1, and obtained summonses for Fed. R. Civ. P. 4 service. Docs. 2, 3 & 4. However, they apparently have made no effort to effectuate service upon defendants within the 120 days that Rule 4(m) demands. The Court thus directs them, within 14 days of the date this Order is served, to show why their case should not be dismissed for violating Rule 4(m).

**SO ORDERED** this 3rd day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA