IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KAWAKE MCGERT; JAMAURI DAVIS, a
minor, by his next best friend,
Kawake McGert; JERRON DAVIS, a
minor, by his next best friend,
Kawake McGert; KA'MIYAH THREATT,
a minor, by her next best friend,
Kawake McGert; and MAKAILA
JOHNSON, a minor, by her next
best friend, Twanda Johnson;

    Plaintiffs,

v.

UNITED STATES OF AMERICA; UNITED
STATES SECRET SERVICE; and THOMAS
GERALD LASCELL, agent of the
United States Secret Service sued
in his official capacity;

    Defendants.

CASE NO. CV414-097

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of June 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA